## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

RE:   Demeka P. Mull                                    Case No.      18-14888-JDW

Debtor(s)                                                Chapter:      13

### RESPONSE TO NOTICE AND MOTION TO DISMISS

**COME(S) NOW** the debtor(s) by and through counsel, and file(s) this Response to the Chapter 13 Trustee's "Notice and Motion to Dismiss" (Docket entry #46) and in support thereof would respectfully show unto the Honorable Court the following, to-wit:

1. That the Debtor(s) hopes to have payments caught up by the time this matter comes to be heard.

**WHEREFORE PREMISES CONSIDERED**, Debtor(s) pray that the relief requested by the Trustee be denied and for such further relief, both general and specific, to which the Debtor(s) may be entitled.

Respectfully submitted,

/s/ Kevin F. O'Brien
KEVIN F. O'BRIEN, MSB# 10731
O'Brien Law Firm, LLC
1890 Goodman Road East, Suite 200
Southaven, MS. 38671
(662) 349-3339

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:** Demeka P. Mull | **Case No.**  18-14888-JDW |
| **Debtor(s)** | **Chapter**  13 |

**CERTIFICATE OF SERVICE**

The undersigned individual hereby certifies that he, on this 30th, Day of December, 2019 electronically delivered copies of the "Response to Notice and Motion to Dismiss" to all parties listed at the addresses below:

**Miss. US Trustee**
USTPRegion05.AB.ECF@usdoj.gov

**Locke Barkley**
sbeasley@barkley13.com


/s/ Kevin F. O'Brien
**KEVIN F. O'BRIEN, MSB# 10731**
**O'Brien Law Firm, LLC**
**1890 Goodman Road East, Suite 200**
**Southaven, MS. 38671**
**(662) 349-3339**