**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**RE: Demeka P. Mull**                         **Case No. 18-14888**
     **Debtor**                                             **Chapter 13**

**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

Comes now Kevin F. O'Brien, of O'Brien Law Firm, LLC, counsel of record for the Debtor, and moves the Court to allow his withdrawal as said counsel due to being discharged by the Debtor as evidenced her *pro se* Motion to Convert [dkt#54] which was filed without the counsel, consent or joinder of her lawyer of record.

WHEREFORE, PREMISES CONSIDERED, MOVANT PRAYS for an order allowing him to withdrawal as counsel of record for Debtor and to be relieved from further responsibility for this cause.

Respectfully submitted,

/s/ Kevin F. O'Brien
KEVIN F. O'BRIEN, MSB# 10731
O'Brien Law Firm, LLC
1890 Goodman Road East, Suite 201
Southaven, MS. 38671
(662) 349-3339

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **RE:   Demeka P. Mull** | **CHAPTER 13** |
| **DEBTOR (S)** | **CASE NO.:  18-14888** |

**CERTIFICATE OF SERVICE**

      The undersigned individual hereby certifies that he, on this 24th day of January, 2020, mailed, postage prepaid, first-class, U.S. Mail, or electronically delivered, true and correct copies of the "Motion to Withdraw as Counsel for Debtor" to the following parties at the addresses listed below:

**Miss. US Trustee**
USTPRegion05.AB.ECF@usdoj.gov

**Locke D. Barkley**
sbeasley@barkley13.com

**Demeka P. Mull
669 Scarlet Oak St., #204
Southaven, MS 38671**